

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:        Ana Maria Lara v. Jose Sanchez

Appellate case number:      01-17-00887-CV

Trial court case number:    2016-19246

Trial court:                61st District Court of Harris County

Daniel W. Jackson and Daniel J. Gierut of The Jackson Law Firm filed an unopposed motion to withdraw as appellant's counsel of record in this appeal. We **grant** the motion. *See* TEX. R. APP. P. 6.5. Counsel is hereby ordered to immediately notify appellant in writing of all deadlines and settings of which counsel is aware of and to file a copy of the notice with the Clerk of this Court. *See* TEX. R. APP. P. 6.5(c).

It is so ORDERED.


Judge's signature:  ___/s/ Russell Lloyd_____
                    ☒    Acting individually

Date:  __November 13, 2018___